# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Warden WARDEN APKER
FCI OTISVILLE
BOX 600
OTISVILLE, N.Y. 10963

Re: RYAN BALDWIN - 13811-014

YOU ARE HEREBY COMMANDED to release to the U.S. Marshal the body of

RYAN BALDWIN, now detained under your custody, to be produced before Honorable

Janet C. Hall, United States District Judge for the District of Connecticut, at 915

Lafayette Boulevard, Bridgeport, on **Thursday, July 20, 2006, at 10:00 am**, or from

time to time thereafter as the case may be adjourned, and immediately thereafter the

said RYAN BALDWIN will be returned under safe and secure conduct.

WITNESS the Honorable Janet C. Hall, United States District Judge at

Bridgeport, Connecticut, this 6th of July, 2006.

KEVIN F. ROWE, Clerk

By _____

Deputy Clerk

True Copy
ATTEST:
KEVIN F. ROWE
Clerk U.S. District Court
By _____
Deputy Clerk

DC 10 - Habeas Corpus