UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil No. 3:03-CV-980 (JCH) |
| | : | Crim No. 3:00-CR-44 (JCH) |
| V. | : | |
| RYAN BALDWIN | : | SEPTEMBER 20, 2006 |

**APPEARANCE**

Please enter my appearance on behalf of Ryan Baldwin, defendant in the above-referenced matter.

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: rfrost@znclaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class, United States Mail, postage prepaid, on this date, to:

Peter Markle, AUSA
H. Gordon Hall, AUSA
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Rudolph Findley Miller, Esq.
390 Centre St.
Jamaica Plain, MA 02130

Dated at Bridgeport, Connecticut this 20th day of September, 2006.

_____
Robert M. Frost, Jr.