UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:00-CR-00044(JCH)-1 |
| | : | |
| RYAN BALDWIN | : | |
|     Defendant | : | FEBRUARY 5, 2007 |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **The Honorable Stefan R. Underhill** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **Bridgeport,** and bear docket number **3-00-cr-00044(SRU)-1**. Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th day of February, 2007.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge