UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Civil No. 3:03-CV-980 (SRU) |
| V. | : |
| RYAN BALDWIN | : APRIL 9, 2007 |

## DEFENDANT RYAN BALDWIN'S
## MOTION TO FILE UNDER SEAL

Defendant Ryan Baldwin hereby moves pursuant to Local Rule 5(d) to file under seal his Motion To Reopen Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. §2255 ("Motion to Re-Open"), submitted herewith. A redacted version has been filed. There is good cause to seal the Motion to Re-Open, as follows:

1.      Mr. Baldwin's Motion to Re-Open attacks the integrity of the underlying proceedings relative to his original *pro se* petition under 28 U.S.C. §2255. The petition was withdrawn in 2004.

2.      The Motion to Re-Open includes references to confidential material (including attorney-client communications) that are not public. Disclosure of this confidential material could jeopardize the safety of a potential witness.

WHEREFORE, Mr. Baldwin respectfully requests that his Motion to Re-Open be filed under seal.

						_____
						Robert M. Frost, Jr. (ct19771)

						Zeldes, Needle & Cooper
						1000 Lafayette Blvd.
						P.O. Box 1740
						Bridgeport, Connecticut 06604
						Tel: (203) 333-9441
						Fax: (203) 333-1489
						Email: rfrost@znclaw.com

						Attorney for Ryan Baldwin

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class, United States Mail, postage prepaid, on this date, to:

Peter Markle, AUSA
H. Gordon Hall, AUSA
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Rudolph Findley Miller, Esq.
390 Centre St.
Jamaica Plain, MA 02130

Dated at Bridgeport, Connecticut this 9th day of April, 2007.

_____
Robert M. Frost, Jr.