UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | NO. 3:03CV980 (SRU) |
| V. | : | NO. 3:00CR44 (SRU) |
| | : | |
| RYAN BALDWIN | : | August 17, 2007 |

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME, *NUNC PRO TUNC*

In the instant case, the Government's response to the Petitioner's Motion to Reopen was to be filed by August 14, 2007. As the undersigned was not in the District from July 26, 2007 to August 13, 2007, a response addressing the Petitioner's claims could not be completed and submitted on such date.

For this reason, the Government respectfully requests that the Court enlarge, *nunc pro tunc*, the time within which the Government's response is to be filed to August 21, 2007.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER D. MARKLE
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 773-2108
FEDERAL BAR # ct05098

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage

prepaid, on August 17, 2007 to:

Robert M. Frost, Jr., Esq.
Zeldes, Needle and Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
PETER D. MARKLE
ASSISTANT U.S. ATTORNEY