## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :  Crim. No. |
| | :  3:00-CR-44 (SRU) |
| V. | : |
| RYAN BALDWIN | :  FEBRUARY 4, 2008 |

## DEFENDANT RYAN BALDWIN'S
## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## AMENDED HABEAS PETITION IN ACCORDANCE WITH THE COURT'S ORDER
## DATED JANUARY 8, 2008

On January 8, 2008, the Court (Underhill, J.) granted Mr. Baldwin's Motion to Reopen [Doc. 631] and granted counsel thirty days to amend Mr. Baldwin's original *pro se* petition filed pursuant to 28 U.S.C. §2255. On behalf of Mr. Baldwin, undersigned counsel moves for a 30-day extension of time within which to file any such amended petition. The Government has no objection to the requested extension.

In support of this motion for extension of time, the undersigned states:

1. On April 16, 2001, Mr. Baldwin entered a guilty plea to Count One of the Superseding Indictment charging him with conspiracy to possess with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. §846.

2. On May 29, 2002, the Court departed downward and sentenced Mr. Baldwin to 324 months imprisonment.

3. On June 2, 2003, Mr. Baldwin filed a *pro se* motion to vacate his conviction and sentence pursuant to 28 U.S.C. §2255.

4. On May 26, 2004, Mr. Baldwin, relying on the advice of habeas counsel, withdrew his Section 2255 petition.

5.      The undersigned filed an appearance in this matter on September 20, 2006.

6.      On April 9, 2007, Mr. Baldwin filed a Motion to Reopen his Section 2255 petition pursuant to Fed. R. Civ. P. 60(b)(6), attacking the integrity of the underlying habeas proceedings.

7.      On January 8, 2008, the Court entered an order granting Mr. Baldwin's motion to reopen the habeas proceedings. The order further provides that, "[s]hould Mr. Baldwin wish to amend his original petition, his counsel shall file an amended petition within 30 days of the entry of this order."

8.      Although the undersigned has advised Mr. Baldwin of the Court's January 8, 2008 ruling, the press of other business has prevented counsel from meeting with Mr. Baldwin at Otisville F.C.I. to discuss any amendment of the original *pro se* petition.

9.      In addition, this is a crack cocaine conspiracy case, and it appears that Mr. Baldwin is eligible for a reduction in his sentence under 28 U.S.C. §3582(c)(2) by virtue of the United States Sentencing Commission's recent amendments to the Drug Table in U.S.S.G. §2D1.1. Before proceeding with any possible amendments to Mr. Baldwin's original Section 2255 petition, counsel would like the opportunity to discuss this re-sentencing option with Mr. Baldwin.

10.     In addition, should counsel choose to amend the original petition, it is likely that counsel may need additional documents from the files of Mr. Baldwin's trial counsel, Attorney Joseph Martini, and Mr. Baldwin's prior habeas counsel, Attorney Rudolph Miller.

11.     This is Mr. Baldwin's first motion for extension of time to amend his

Section 2255 petition.

    12.    The Government has no objection to this first request for extension of time.

                                               */s/ Robert M. Frost, Jr.*
                                               Robert M. Frost, Jr. (ct19771)

                                               Zeldes, Needle & Cooper
                                               1000 Lafayette Blvd.
                                               P.O. Box 1740
                                               Bridgeport, Connecticut 06604
                                               Tel: (203) 333-9441
                                               Fax: (203) 333-1489
                                               Email: rfrost@znclaw.com

                                               Attorney for Ryan Baldwin

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class, United States Mail, postage prepaid, on this date, to:

Peter Markle, AUSA
H. Gordon Hall, AUSA
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Rudolph Findley Miller, Esq.
390 Centre St.
Jamaica Plain, MA 02130

Dated at Bridgeport, Connecticut this February 4, 2008.

Robert M. Frost, Jr

4