UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. |
| | : | 3:00-CR-44 (SRU) |
| V. | : | |
| RYAN BALDWIN | : | FEBRUARY 4, 2008 |

**DEFENDANT RYAN BALDWIN'S
SECOND MOTION ON CONSENT FOR EXTENSION OF TIME TO
AMEND HABEAS PETITION**

On January 8, 2008, the Court (Underhill, J.) granted Mr. Baldwin's Motion to Reopen [Doc. 631] and granted counsel thirty days to amend Mr. Baldwin's original *pro se* petition filed pursuant to 28 U.S.C. §2255. On February 12, 2008, the Court granted Mr. Baldwin's first motion for extension of time and extending the deadline to March 10, 2008. [*See* Doc. 658]. On behalf of Mr. Baldwin, undersigned counsel moves for a second 30-day extension of time within which to file an amended petition. Government counsel does not object to this second motion for extension of time.

In support of this motion for extension of time, the undersigned states:

1.  On April 16, 2001, Mr. Baldwin entered a guilty plea to Count One of the Superseding Indictment charging him with conspiracy to possess with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. §846.

2.  On May 29, 2002, the Court departed downward and sentenced Mr. Baldwin to 324 months imprisonment.

3.  On June 2, 2003, Mr. Baldwin filed a *pro se* motion to vacate his conviction and sentence pursuant to 28 U.S.C. §2255.

4. On May 26, 2004, Mr. Baldwin, relying on the advice of habeas counsel, withdrew his Section 2255 petition.

5. The undersigned filed an appearance in this matter on September 20, 2006.

6. On April 9, 2007, Mr. Baldwin filed a Motion to Reopen his Section 2255 petition pursuant to Fed. R. Civ. P. 60(b)(6), attacking the integrity of the underlying habeas proceedings.

7. On January 8, 2008, the Court entered an order granting Mr. Baldwin's motion to reopen the habeas proceedings. The order further provides that, "[s]hould Mr. Baldwin wish to amend his original petition, his counsel shall file an amended petition within 30 days of the entry of this order."

8. On February 12, 2008, the Court granted Mr. Baldwin's first motion for extension of time to amend the Section 2255 petition, extending the deadline to March 10, 2008.

9. On March 3, 2008, Mr. Baldwin's trial counsel, Attorney Joseph Martini, notified undersigned counsel that his file would be available for review.

10. On March 6, 2008, undersigned counsel traveled to New Haven, Connecticut to conduct a complete review of Attorney Martini's entire file.

11. On March 7, 2008, undersigned counsel traveled to Otisville FCI to confer with Mr. Baldwin about his pending Section 2255 petition and the availability of relief pursuant to 28 U.S.C. §3582(c)(2) by virtue of the United States Sentencing Commission's recent amendments to the Drug Table in U.S.S.G. §2D1.1.

12. While Mr. Baldwin has indicated a willingness to pursue relief pursuant to

28 U.S.C. §3582(c)(2), he requested a week to decide whether he intends to pursue his habeas petition, which is relevant to undersigned counsel's decision whether to file any amendments to the petition.

13. Accordingly, in order to preserve any rights that Mr. Baldwin may have with respect to amendment of the Section 2255 petition, undersigned counsel requests that the Court grant Mr. Baldwin another 30-day extension of time within which to file any amendments to his pending Section 2255 petition.

14. This is Mr. Baldwin's second motion for extension of time to amend his Section 2255 petition.

15. The Government does not object to this second motion for extension of time.

_____
Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: rfrost@znclaw.com

Attorney for Ryan Baldwin

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class, United States Mail, postage prepaid, on this date, to:

Peter Markle, AUSA
H. Gordon Hall, AUSA
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Rudolph Findley Miller, Esq.
390 Centre St.
Jamaica Plain, MA 02130

Dated at Bridgeport, Connecticut this March 10, 2008.

Robert M. Frost, Jr.

4