UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. |
| : | 3:00-CR-44 (SRU) |
| V. : | |
| : | |
| RYAN BALDWIN : | April 11, 2008 |

### DEFENDANT RYAN BALDWIN'S
### MOTION FOR EXTENSION OF DEADLINE *NUNC PRO TUNC* TO FILE
### AMENDED MOTION PURSUANT TO 18 U.S.C. §2255

On March 17, 2008, the Court (Underhill, J.) granted Mr. Baldwin's Second Motion to for Extension of Time to amend his pending motion to vacate conviction and sentence filed pursuant to 28 U.S.C. §2255. [Doc. 665]. The amended motion was due April 10, 2008. Due to the press of other business, the amended motion could not be completed and submitted on such date.

Accordingly, on behalf of Mr. Baldwin, undersigned counsel respectfully requests that the Court extend, nunc pro tunc, the time within which to file Mr. Baldwin's amended Section 2255 motion by one day to April 11, 2008.

_____
Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: rfrost@znclaw.com

Attorney for Ryan Baldwin

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class, United States Mail, postage prepaid, on this date, to:

Peter Markle, AUSA
H. Gordon Hall, AUSA
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Rudolph Findley Miller, Esq.
390 Centre St.
Jamaica Plain, MA 02130

Dated at Bridgeport, Connecticut this April 11, 2008.

Robert M. Frost, Jr.