UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:00cr44 (SRU) |
| RYAN BALDWIN | |

**CONFERENCE MEMORANDUM**

On February 4, 2010, I held a telephone conference on the record with Robert M. Frost, Jr., representing Ryan Baldwin, and H. Gordon Hall, representing the United States. The purpose of the conference was to discuss the status of the case.

I made an oral order for the government to show cause why Baldwin's amended habeas petition should not be granted. The government shall respond to the amended petition in 21 days, or by February 25, 2010.

Dated at Bridgeport, Connecticut, this 8th day of February 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge